In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00463-CR
_____

TERRANCE JAMES LYONS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 260th District Court
Orange County, Texas
Trial Cause No. D150,027-R

## MEMORANDUM OPINION

Terrance James Lyons has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

1

Submitted on December 22, 2015
Opinion Delivered December 23, 1015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.